### EAST ERIE COMMERCIAL R. CO. v. DENIAL.

No. 5065.

Circuit Court of Appeals, Third Circuit.

July 11, 1933.

J. M. Sherwin and W. S. Carroll, both of Erie, Pa., for appellant.

Homer H. Marshman and Anderson & Lamb, all of Cleveland, Ohio, and S. A. Sisson, of Erie, Pa., for appellee.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

In the final analysis, this is an appeal from an order of the court below granting a new trial. The trial judge felt he had tried the case under a mistaken view of a Supreme Court decision and therefore felt constrained to grant a new trial. See Fairmount Glass Works v. Cub Fork Coal Co., 287 U. S. 474, 53 S. Ct. 252, 77 L. Ed. 439. It is thus seen there is no final judgment from which an appeal lies. Consequently it is dismissed, and the cause remanded for due procedure.